1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

5   | MARGARET KENTER MEACHAM,       | Civil No. 2:16-CV-01479-TSZ

6          Plaintiff,

7          vs.                                          ORDER

8   | CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

9

           Defendant.

10

11          Defendant's third unopposed motion, docket no. 13, is GRANTED and it is hereby

ORDERED that the Responsive Due Date shall be amended as follows:

12

13          Defendant shall have up to and including February 21, 2017, to file a Response to Plaintiff's

Complaint.

14

           DATED this 25th day of January, 2017.

15

16          _____

17          Thomas S. Zilly
            United States District Judge

18   Presented by:

19   s/ Nicole Jabaily
     _____
     NICOLE JABAILY
20   Special Assistant U.S. Attorney
     Office of the General Counsel
21   Social Security Administration
     701 Fifth Avenue, Suite 2900 M/S 221A
22   Seattle, WA 98104-7075
     Telephone:  (206) 615-3702
23   Fax:  (206) 615-2531
     nicole.jabaily@ssa.gov

     Page 1      ORDER - [2:16-CV-01479-TSZ]